UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

LISA MARIE CALLANDER,

Defendant.

CASE NO. CR05-264C

ORDER

This matter comes before the Court on Defendant's Petition for Review of Magistrate Judge's Order Regarding Conditions of Release (Dkt. No. 9). The Court has considered the papers submitted by the parties, and having heard oral argument, hereby finds and rules as follows.

This Court shall, upon motion, promptly conduct a review of a magistrate judge's order of detention. Local Rule MJR 11; 18 U.S.C. § 3145(b). Magistrate Judge James P. Donohue ordered Defendant detained pending trial upon concluding that no conditions or combination of conditions could reasonably assure the defendant's appearance at future Court hearings. (*See* Ex. A to Def.'s Pet., June 27, 2005 Detention Order.) Defendant requests this Court reverse Judge Donohue's order, arguing that she is neither a danger to the community nor a flight risk. The government, however, has met its burden of showing by a preponderance of the evidence that the Defendant does pose a risk of flight since she is a

ORDER – 1

resident and citizen of Canada with no legitimate ties to the United States who is facing substantial penalties if she is found guilty of the charged offense.  Defendant has failed to convince the Court that Judge Donohue erred in ordering that Defendant be detained pending trial.  Accordingly, Judge Donohue's June 27 Detention Order is hereby AFFIRMED.

SO ORDERED this  26th  day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2