JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-0264-JCC |
| Plaintiff, | ) | |
| vs. | ) | ORDER ON STIPULATED MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS AND TRIAL DATE |
| LISA MARIE CALLANDER, | ) | |
| Defendant. | ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS
AND TRIAL DATE - 1
(Lisa Marie Callander CR05-0264-JCC)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from August 18, 2005 to September 15, 2005 and the trial date from September 12, 2005 to October 3, 2005.

IT IS FURTHER ORDERED that the time period between September 12, 2005 and October 3, 2005 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE this __25th__ day of August, 2005.

/s/ John C. Coughenour
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/Nancy Tenney
  WSBA No. 35304
  Attorney for Lisa Marie Callander
  Federal Public Defender's Office
  1601 Fifth Ave., Suite 700
  Seattle, WA   98101
  206/553-1100
  206/553-0120
  Nancy_Tenney@fd.org

s/Mark. P. Parrent
  Assistant United States Attorney
  700 Stewart St., Suite 5220
  Seattle, WA   98101-1271
  206/553-4213
  Mark.Parrent2@usdoj.gov

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS
AND TRIAL DATE - 2
(Lisa Marie Callander CR05-0264-JCC)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100