UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                )
              Plaintiff, )      CASE NO.   CR05-264JCC
                                )
      v. )
                                )
                                )      DETENTION ORDER
LISA MARIE CALLANDER, )
                                )
            Defendant. )
_____ )

Offense charged:

      Count 1:     Possession with Intent to Distribute Marijuana, in violation of Title 21, U.S.C., Sections 841(a)(1) and 841(b)(1)(B).

Date of Detention Hearing:   November 10, 2005.

      The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Mark Parent. The defendant was represented by Nancy Tenney.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     There is probable cause to believe the defendant committed the of Possession with Intent to Distribute Marijuana, a drug offense. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2)     Nothing in this record satisfactorily rebuts the presumption against release for several reasons.  This defendant was first released by the court with conditions under Pre-trial supervision.  She admits violating those conditions by failing to comply with drug and alcohol testing as required and failing to report to U.S. Customs as required.  She has also failed to report to the designated Canadian Community Corrections Office as directed by U.S. Pre-trial Services.  Her admission of these violations together with the factors enumerated under Title 18 § 3142 (g), support the detention of the Defendant.

Based upon the foregoing information which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(1)     The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

DETENTION ORDER
PAGE -2-

1     (2)     The defendant shall be afforded reasonable opportunity for private

2             consultation with counsel;

3     (3)     On order of a court of the United States or on request of an attorney for

4             the Government, the person in charge of the corrections facility in which

5             the defendant is confined shall deliver the defendant to a United States

6             Marshal for the purpose of an appearance in connection with a court

7             proceeding; and

8     (4)     The clerk shall direct copies of this order to counsel for the United

9             States, to counsel for the defendant, to the United States Marshal, and to

10            the United States Pretrial Services Officer.

11    DATED this 14th day of November, 2005.

12

13    _____

14    MONICA J. BENTON
      United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-